# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL VANDERVALL, | No. CV 13-3266 FFM |
| Petitioner, | |
| v. | JUDGMENT |
| KATHY ALLISON, | |
| Respondent | |

Pursuant to the Order Denying with Prejudice Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: 12/09/13

/S/ Frederick F. Mumm

FREDERICK F. MUMM
United States Magistrate Judge